Teresa V. CASAGRANDE, Appellant,

v.

**DIVISION OF EMPLOYMENT SECURITY, Respondent,**

Cass County District No. 124 School, Intervenor.

No. WD 53533.

Missouri Court of Appeals, Western District.

Sept. 23, 1997.

Robert A. Bye, Kansas City, for Appellant.

Elvin Douglas, Jr., Harrisonville, Intervenor–Respondent.

Ronnae Coleman, Kansas City, for Respondent.

Before LAURA DENVIR STITH, P.J., and HANNA and BRECKENRIDGE, JJ.

### ORDER

PER CURIAM.

The appellant, Teresa Casagrande, appeals from the Labor and Industrial Relations Commission's order affirming the appeals tribunal dismissal of her claim. The commission held that the appeals tribunal's determination that Ms. Casagrande failed without good cause to appear for her appeals hearing was supported by competent and substantial evidence on the record as a whole. The order of dismissal of the Labor and Industrial Relations Commission is affirmed. Rule 84.16(b).